IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO JARAMILLO,             No. C 04-01740 SI

       Plaintiff,                 **SECOND PRETRIAL PREPARATION ORDER**

v.

COUNTY OF NAPA,

       Defendant.
                                       /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 12, 2005</u> at <u>2:30 p.m.</u>.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

EXPERT DISCOVERY CUTOFF is <u>August 12, 2005</u>.

PRETRIAL CONFERENCE DATE:<u>September 13, 2005</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 26, 2005</u> at <u>8:30 AM.</u>,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be <u>four</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff has been approved for medicare and shall have the skin flap procedure outside of Kaiser.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/31/05                                                  S/Susan Illston
                                                                SUSAN ILLSTON
                                                                United States District Judge