JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JARAMILLO, individually; SILVIA JIMINEZ, individually; and, E.A., a minor, by and through his Guardian Ad Litem, SILVIA JIMINEZ,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF NAPA, a municipal corporation; GARY SIMPSON, in his capacity as Sheriff for the COUNTY OF NAPA; MARK FOSTER, individually, and in his capacity as a deputy sheriff for the COUNTY OF NAPA; and DOES 1-25, inclusive,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | Case No.  04 1740 SI<br><br>**ORDER** |

**ORDER**

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, pursuant to plaintiffs' dismissal through their counsel.

**IT IS SO ORDERED.**

Date:_____              _____
                                                  Honorable Susan Ilston
                                                  United States District Judge

*[GRANTED stamp with signature of Judge Susan Illston, U.S. District Court Northern District of California seal]*

PLAINTIFFS' NOTICE OF DISMISSAL AND ORDER
FRCP 26 CASE NO. C 04 1740 SI